FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* September 15, 2025 *
BROOKLYN OFFICE

PP:SHP
F. #2025R00489

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

ANTHONY SALVATORE PERRI,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

I N D I C T M E N T

Cr. No. _____25cr279_____
(T. 18, U.S.C., §§ 115(a)(1)(B),
115(b)(4), 981(a)(1)(C) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

Judge Frederic Block
Magistrate Judge Seth D. Eichenholtz

## COUNT ONE
(Threatening a United States Judge)

      1.    On or about August 2, 2025, within the Eastern District of New York and

elsewhere, the defendant ANTHONY SALVATORE PERRI, did knowingly and intentionally

threaten to assault and murder a United States District Court Judge ("Judge-1"), an individual

whose identity is known to the Grand Jury, with intent to impede, intimidate and interfere with

such Judge while engaged in the performance of official duties and with intent to retaliate against

such Judge on account of the performance of official duties.

      (Title 18, United States Code, Sections 115(a)(1)(B), 115(b)(4) and 3551 et seq.)

## COUNT TWO
(Threatening a United States Judge)

      2.    On or about August 2, 2025, within the Eastern District of New York and

elsewhere, the defendant ANTHONY SALVATORE PERRI, did knowingly and intentionally

threaten to assault and murder a United States District Court Judge ("Judge-2"), an individual

whose identity is known to the Grand Jury, with intent to impede, intimidate and interfere with

such Judge while engaged in the performance of official duties and with intent to retaliate against

such Judge on account of the performance of official duties.

(Title 18, United States Code, Sections 115(a)(1)(B), 115(b)(4) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3.      The United States hereby gives notice to the defendant that, upon his

conviction of either of the offenses charged herein, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c), which require any person convicted of such offenses to forfeit any

property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly

as a result of such offenses.

4.      If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

        (a)      cannot be located upon the exercise of due diligence;

        (b)      has been transferred or sold to, or deposited with, a third party;

        (c)      has been placed beyond the jurisdiction of the court;

        (d)      has been substantially diminished in value; or

        (e)      has been commingled with other property which cannot be divided

without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

        (Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c)

                            A TRUE BILL

                                  /S/

                            FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK