U.S. Department of Justice

United States Attorney
Eastern District of New York

MWG:MFS/SHP
F. #202500489

271 Cadman Plaza East
Brooklyn, New York 11201

January 26, 2026

By ECF and Email

The Honorable Stefen R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

> Re: United States v. Anthony Salvatore Perri
> Criminal Docket Nos. 25-279, 25-366 (SRU)

Dear Judge Underhill:

The government respectfully writes to provide an update in connection with the Court's December 30, 2025 order directing that the defendant undergo a competency evaluation. Dr. Cheryl Paradis conducted her evaluation on January 17, 2026, and she is presently drafting her report. Relatedly, on December 8, 2025, the Court entered a Revised Pre-Trial Order that set forth certain deadlines leading up to the trial in this case that is scheduled to begin on March 30, 2026. The first deadline—relating to parties' substantive motions, the government's Rule 404(b) notice, and the parties' expert notices—is today. Given that the determination of the defendant's competency to stand trial, and to waive counsel and proceed pro se, remains outstanding, the parties have conferred and jointly request that the Court hold in abeyance the deadlines set forth in the Revised Pre-Trial Order pending a decision regarding the defendant's competency.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Matthew F. Sullivan
Stephen H. Petraeus
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (SRU) (by ECF and Email)
Ezra Spilke, Esq. (by ECF and Email)