# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

Via Email

February 4, 2026

The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

  Re: *United States v. Perri*, Nos. 25 Cr. 279, 25 Cr. 366 (E.D.N.Y.)

Dear Judge Underhill:

  I am respectfully writing at Mr. Perri's request to inform the Court that he withdraws his request to proceed pro se. Because the issue of Mr. Perri's competency is still open at this time, Mr. Perri intends to reiterate his desire to invoke his right to counsel in the event that the Court finds him competent to stand trial. Thank you for your attention to this matter.

           Respectfully submitted,

           Ezra Spilke

cc: All counsel of record, by ECF
   Anthony S. Perri, by hand